AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Saint Surin Eduoard  
*Plaintiff*  
v.  

NIKODEMO OPERATING CORP. d/b/a FLORIDIAN DINER, DIMITRIOS KALOIDIS, IOANIS PARAPONIARIS, and STEVE ZAHARAKIS  
*Defendant*

Civil Action No. 18-cv-05554-BMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Saint Surin Eduoard recover from the defendant *(name)* Nikodemo Operating Corp. et. al. the amount of 3,419.32 dollars ($    ), which includes prejudgment interest at the rate of    %, plus post judgment interest at the rate of    % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*    recover costs from the plaintiff *(name)*

☒ other: Judgment in favor of plaintiff for $3,419.32

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.

☒ tried by Judge BRIAN M. COGAN without a jury and the above decision was reached.

☐ decided by Judge    on a motion for

Date: 10/25/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*